In the Matter of the Application for the Disbarment of James C. WACKER-BARTH, an Attorney at Law of the State of Minnesota.

No. 49024.

Supreme Court of Minnesota.

July 26, 1978.

James Wackerbarth, pro se.

### ORDER FOR IMMEDIATE SUSPENSION FROM PRACTICE

Upon stipulation of the parties to the above entitled disciplinary proceedings,

IT IS ORDERED that James P. Wackerbarth be and is hereby suspended from the practice of law in the State of Minnesota pending determination of the disbarment proceedings herein and until further order of the court.

The time within which he may answer the petition for disbarment is extended until September 1, 1978.